# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TCF INVENTORY FINANCE, INC.,
a Minnesota corporation

    Plaintiff,

v.

GREAT LAKES OF WEST MICHIGAN LLC,
a Michigan limited liability company;

 and

CONNIE SUSAN CRAFT,
an individual;

    Defendants.
_____/

Case No. 1:19-cv-453

Hon. Janet T. Neff

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER ALLOWING ALTERNATE SERVICE ON DEFENDANT CONNIE CRAFT

In support of its Verified Motion for Order Allowing Alternate Service on Defendant Connie Craft, Plaintiff relies on Fed. R. Civ. 4(e), Mich. Ct. R. 2.105, and the facts stated in the motion and the attachments thereto.

Dated: July 3, 2019

By: /s/ Ryan Kauffman
Michael E. Cavanaugh
Ryan K. Kauffman
Fraser Trebilcock Davis & Dunlap
124 W. Allegan St.
Suite 1000
Lansing, MI  48933
(517) 482-5800
FAX (517) 482-0887
mcavanaugh@fraserlawfirm.com
rkauffman@fraserlawfirm.com

AND

OF COUNSEL:

William R. Bay (*pro hac vice to be filed*)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
FAX (314) 552-7000
wbay@thompsoncoburn.com

*Attorneys for Plaintiff TCF Inventory Finance, Inc.*

## VERIFICATION

I declare that the facts contained in the Verified Motion for Order Allowing Alternate Service on Defendant Connie Craft and this Memorandum in Support of Plaintiff's Motion for Order Allowing Alternate Service on Defendant Connie Craft are true to the best of my knowledge, information and belief.

Dated: July 3, 2019 /s/ Ryan Kauffman
Ryan K. Kauffman

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 3, 2019, I electronically filed the Verified Motion for Order Allowing Alternate Service on Defendant Connie Craft and the Memorandum in Support of Plaintiff's Motion for Order Allowing Alternate Service on Defendant Connie Craft with the Clerk of the Court using the ECF system and sent hard copies by U.S. mail to the Defendants as follows:

Great Lakes of West Michigan
1300 Walnut Drive
Dorr, MI 49323

Connie Susan Craft
11660 Highridge Drive
Pickney, MI 48169

                /s/*Ryan K. Kauffman*
                Michael E. Cavanaugh (P11744)
                Ryan K. Kauffman (P65357)