UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TCF INVENTORY FINANCE, INC.,

    Plaintiff,

Case No. 1:19–cv–453

v.

Hon. Janet T. Neff

GREAT LAKES OF WEST MICHIGAN LLC, et al.,

    Defendants.
_____/

## ORDER

    This matter is before the Court on Plaintiff's Verified Motion for Order Allowing Alternative Service on Defendant Connie Craft (ECF No. 20), and the Court having reviewed the Motion and supporting Brief (ECF No. 21): IT IS HEREBY ORDERED that Plaintiff's Motion for Alternative Service (ECF No. 20) is GRANTED, and Plaintiff shall be permitted to obtain service on Defendant Craft by (a) tacking or attaching copy of the Complaint (ECF No. 1) and the Summons (ECF No. 7) to the front door or in another conspicuous place at Craft's last–known home address, 1160 Highridge, Dr., Pickney, Michigan, together with the following documents: the Verified Motion for Possession Pending Final Judgment (ECF No. 3), the Motion to Expedite (ECF No. 8), Order on Motion to Expedite (ECF No. 9), Motion and Brief for Reconsideration (ECF Nos. 14 and 15), the Order on Motion for Reconsideration (ECF No. 17) and the Order Directing Defendant to Refrain from Dissipating Collateral (ECF No. 19); and (b) sending all of the foregoing documents to Connie Craft by U.S. First Class Mail to her last–know home address, 11660 Highride Dr., Pickney, Michigan and to the business address for Defendant Great Lakes, 1300 Walnut Dale Dr., Dorr, Michigan. IT IS FURTHER ORDERED that Plaintiff shall accomplish Alternative Service on Defendant Craft not later than 9:00 a.m. on Thursday, July 11, 2019, and file proof of service of the same.

    IT IS SO ORDERED.

Dated: July 8, 2019            /s/ Janet T. Neff
                                                JANET T. NEFF
                                                United States District Judge