UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TCF INVENTORY FINANCE, INC.,

    Plaintiff,

v.

GREAT LAKES OF WEST MICHIGAN LLC
and CONNIE SUSAN CRAFT,

    Defendants.
_____/

Case No. 1:19-cv-453

HON. JANET T. NEFF

# ORDER

This is a civil action. Plaintiff filed a Motion for Default Judgment Against Defendants (ECF No. 41). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 28, 2019, recommending that the motion be granted and that default judgment be entered against Defendants. The Report and Recommendation was duly served. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 48) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Default Judgment Against Defendants (ECF No. 41) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment will issue.


Dated: November 15, 2019
    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge